20 So.2d 890

**Ex parte Gilbert WILLIAMS et al.**

**Gilbert WILLIAMS et al. v. SULLIVAN LONG & HAGERTY, Inc.**

**6 Div. 313.**

Supreme Court of Alabama.

Jan. 8, 1945.

H. L. Anderton, of Birmingham, for petitioners.

H. H. Sullinger, of Bessemer, for respondent.

PER CURIAM.

Rule nisi denied under Chapman v. Railway Fuel Co. 212 Ala. 106, 101 So. 879; Gentry v. Swann Chem. Co., 234 Ala. 313, 174 So. 530; Code 1940, Tit. 26, §§ 254–256.

All the Justices concur, except LIVINGSTON, J., who dissents.

19 So.2d 850

**Ex parte Arlin F. WILLIAMSON.**

**7 Div. 785.**

Supreme Court of Alabama.

Nov. 2, 1944.

Albert M. Rains and Roberts, Cunningham & Hawkins, all of Gadsden, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., for the State.

See, also, 31 Ala.App. 360, 18 So.2d 742; ante, p. 58, 18 So.2d 744.

PER CURIAM.

Application dismissed and petition denied. All the Justices concur.

19 So.2d 851

**WOOD PRESERVING CORP. v. Joe PUGH et al.**

**8 Div. 251.**

Supreme Court of Alabama.

Oct. 9, 1944.

Andrews & Almon, of Sheffield, for appellant.

Kirk & Rather and J. E. Smith, Jr., all of Tuscumbia, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

20 So.2d 890

**Theodore, alias Theo., YATES v. STATE.**

**8 Div. 282.**

Supreme Court of Alabama.

Dec. 9, 1944.

S. A. Lynne, of Decatur, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.